Form 132 − 13sum

**UNITED STATES BANKRUPTCY COURT**

District of New Jersey
401 Market Street
Camden, NJ 08102

Case No.: 26−21138−ABA
Chapter: 13
Judge: Andrew B. Altenburg Jr.

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
Terrell A. Ratliff
aka Terrell Amemeir Ratliff
95 Bryant Road
Blackwood, NJ 08012−1445

Social Security No.:
xxx−xx−9778

Employer's Tax I.D. No.:

**NOTICE OF HEARING ON CONFIRMATION OF PLAN**

Date: 12/16/26
Time: 09:00 AM
Location: Courtroom 4B, Mitchell H. Cohen Courthouse, 1 John F. Gerry Plaza, 400 Cooper Street, Camden, NJ 08101−2067

An objection to confirmation of the plan, including any motions referenced therein to avoid judicial liens under 11 USC section 522(f) and/or to avoid liens and reclassify claims in whole or in part, shall be filed and served seven days before confirmation. Filing a motion for relief from the automatic stay will not be considered an objection to the confirmation.

**If, at the confirmation hearing, it is determined that the debtor's plan is not confirmable, the case may be dismissed or converted.**

A copy of the Plan will follow this notice.

Dated: October 1, 2026
JAN: eag

Jeanne Naughton
Clerk, U. S. Bankruptcy Court

United States Bankruptcy Court

District of New Jersey

In re: Case No. 26-21138-ABA
Terrell A. Ratliff Chapter 13
Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-1 User: admin Page 1 of 2
Date Rcvd: Oct 01, 2026 Form ID: 132 Total Noticed: 20

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 03, 2026:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | | Terrell A. Ratliff, 95 Bryant Road, Blackwood, NJ 08012-1445 |
| 521382631 | | First Harvest Credit Union, Attn: Bankruptcy, 1617 Hurffville Road, Deptford, NJ 08096 |
| 521382633 | + | Johari A. Sykes-Ratliff, 95 Bryant Rd, Blackwood, NJ 08012-1445 |
| 521382634 | + | Lento Law Group, P.C., 3000 Atrium Way, Suite 200, Mount Laurel, NJ 08054-3910 |
| 521382636 | + | Michael Farhi, Esq, 50 Tice Boulevard, Suite 380, Woodcliff Lake, NJ 07677-7681 |

TOTAL: 5

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: usanj.njbankr@usdoj.gov | Oct 01 2026 22:00:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Oct 01 2026 22:00:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| 521382621 | + | Email/Text: ebnbankruptcy@ahm.honda.com | Oct 01 2026 22:00:00 | American Honda Finance, American Honda Finance Corporation, Attn, Po Box 168128, Irving, TX 75016-8128 |
| 521382622 | + | Email/PDF: bncnotices@becket-lee.com | Oct 01 2026 22:06:24 | Amex, CorrespondenceBankruptcy, Po Box 981535, El Paso, TX 79998-1535 |
| 521382623 | + | Email/Text: bk@avant.com | Oct 01 2026 22:00:00 | Avant/WebBank, 222 North Lasalle Street, Suite 1600, Chicago, IL 60601-1112 |
| 521382624 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Oct 01 2026 22:05:55 | Capital One, AttN: Bankruptcy, Po Box 30285, Salt Lake City, UT 84130-0285 |
| 521382627 | + | Email/Text: omx-bnc-bk-notices@chime.com | Oct 01 2026 21:59:00 | Chimefinal, Attn: Bankruptcy, Po Box 417, San Francisco, CA 94104-0417 |
| 521382628 | + | Email/PDF: MerrickBKNotifications@Resurgent.com | Oct 01 2026 22:05:28 | Cws/cw Nexus, Attn: Bankruptcy, Po Box 9201, Old Bethpage, NY 11804-9001 |
| 521382629 | + | Email/Text: ElectronicBkyDocs@nelnet.studentaid.gov | Oct 01 2026 22:00:00 | Dept Of Education/neln, Po Box 82561, Lincoln, NE 68501-2561 |
| 521382630 | + | Email/Text: mrdiscen@discover.com | Oct 01 2026 21:58:00 | Discovercard, Po Box 30939, Salt Lake City, UT 84130-0939 |
| 521382632 | | Email/Text: sbse.cio.bnc.mail@irs.gov | Oct 01 2026 21:59:00 | Internal Revenue Service, Centralized Insolvency Operations, PO Box 7346, Philadelphia, PA 19101-7346 |
| 521382635 | + | Email/PDF: resurgentbknotifications@resurgent.com | Oct 01 2026 22:06:12 | LVNV Funding LLC/Resurgent Capital Servi, Resurgent Correspondence, Attn: Bankrupt, Po Box 1269, Greenville, SC 29602-1269 |
| 521382637 | + | Email/Text: ext_ebn_inbox@navyfederal.org | Oct 01 2026 22:00:00 | Navy Federal Cr Union, Po Box 3700, Merrifield, VA 22119-3700 |
| 521382639 | + | Email/PDF: ProsperBKDetection@resurgent.com | | |

| | | | |
|---|---|---|---|
| | | Oct 01 2026 22:05:37 | Prosper Funding, Llc, Prosper Funding LLC, Attn: Bankruptcy De, 221 Main Street, Ste 300, San Francisco, CA 94105-1909 |
| 521382638 | Email/Text: NJTax.BNCnoticeonly@treas.nj.gov | Oct 01 2026 21:58:00 | New Jersey Division of Taxation, Bankruptcy Unit, 3 John Fitch Way, 5th Floor, PO Box 245, Trenton, NJ 08695 |

TOTAL: 15

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 521382625 | *+ | Capital One, AttN: Bankruptcy, Po Box 30285, Salt Lake City, UT 84130-0285 |
| 521382626 | *+ | Capital One, AttN: Bankruptcy, Po Box 30285, Salt Lake City, UT 84130-0285 |

TOTAL: 0 Undeliverable, 2 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 03, 2026 Signature: /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 1, 2026 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Andrew B Finberg | courtmail@standingtrustee.com ecf.mail_9022@mg.bkdocs.us |
| Lee Martin Perlman | on behalf of Debtor Terrell A. Ratliff ecf@newjerseybankruptcy.com mcdoherty@ecf.courtdrive.com;hspivak@ecf.courtdrive.com;law-offices-of-lee-m-perlman@pacer.glade.ai |
| U.S. Trustee | USTPRegion03.NE.ECF@usdoj.gov |

TOTAL: 3