| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY | |
| **Caption in Compliance with D.N.J. LBR 9004-1(b)**<br><br>LAW OFFICES OF LEE M. PERLMAN<br>Lee M. Perlman, Esquire<br>Attorneys for Debtor<br>1926 Greentree Road, Suite 100<br>Cherry Hill, NJ 08003<br>856-751-4224 | Case No.: 26-21138 ABA<br><br>Chapter: 13<br><br>Hearing Date: 12/16/2026 |
| In Re:<br>Terell A. Ratliff | Judge: Altenburg |

**CERTIFICATION OF SERVICE**

1. I, Dianelle Delgado:

   ______ represent the debtor in the above captioned matter.

   X am the secretary / paralegal for Lee M. Perlman, who represents the debtor(s) in the above captioned matter.

   ______ Am the ________________ in the above captioned matter and am representing myself.

2. On 10/14/2026, I sent a copy of the following pleadings and/or documents to the parties listed in the chart below: Chapter 13 Plan

   ____________________________________________.

3. I hereby certify under penalty of perjury that the above listed documents were sent using the mode of service indicated.

Dated: 10/14/2026

/s/ Dianelle Delgado

| Name and Address of Party Served | Relationship of Party in the Case | Mode of Service |
|---|---|---|
| Andrew B. Finberg<br>535 Route 38, Suite 580<br>Cherry Hill, NJ 08002 | Chapter 13 Trustee | Notice of Electronic Filing (NEF) |
| United States Trustee<br>One Newark Center, Suite 2100<br>Newark, NJ 07102 | US Trustee | Notice of Electronic Filing (NEF) |
| Attn: President, Registered Agent or person designated to receive service of process<br>Nelnet<br>**Attn: Claims**<br>P.O. Box 82505<br>Lincoln, NE 68501-2505<br><br>Attn: President, Registered Agent or person designated to receive service of process<br>U.S. Department of Education<br>400 Maryland Avenue, SW<br>Washington, D.C. 20202<br><br>Attn: President, Registered Agent or person designated to receive service of process<br>United States Attorney<br>Peter Rodino Federal Building<br>970 Broad Street, Suite 700<br>Newark, New Jersey 07102<br><br>Attn: President, Registered Agent or person designated to receive service of process<br>United States Attorney General<br>Attorney General<br>United States Department of Justice<br>Ben Franklin Station<br>P.O. Box 683<br>Washington, DC 20044 | Creditor | ___ Hand delivered<br>_X_ Regular mail<br>___ Certified mail/RR<br>___ E-mail<br>___ Notice of Electronic Filing (NEF)<br>___ Other ____________________<br>(as authorized by the court*) |

* May account for service by fax or other means as authorized by the court through the issuance of an Order Shortening Time.